AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Aljerita Stewart

Plaintiff (s),

V.

San Francisco Bay Area Rapid Transit District

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   15-cv-02483-JSC

Notice is hereby given that, subject to approval by the court,   San Francisco Bay Area Rapid Transit   substitutes
(Party (s) Name)

Kevin K. Cholakian _____ , State Bar No.   103423 _____ as counsel of record in
(Name of New Attorney)

place of    Mark F. Hazelwood and Kimberly Y. Chin (Allen, Glaessner, Hazelwood & Werth, LLP)
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Cholakian & Associates |
| Address: | 400 Oyster Point Boulevard, Suite 415, South San Francisco, CA 94080 |
| Telephone: | (650) 871-9544                    Facsimile   (925) 871-9552 |
| E-Mail (Optional): | kcholakian@cholakian.net; rbugatto@cholakian.net |

I consent to the above substitution.

Date:  7/24/15

(Signature of Party (s))

I consent to being substituted.

Date:  7/10/15

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  7/1?/15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  August 4, 2015

GRANTED

Jacqueline Scott Corley

Judge Jacqueline Scott Corley

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]