AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Aljarita Stewart
           Plaintiff(s),
V.
San Francisco Bay Area Rapid Transit District
           Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-cv-02483-JSC

Notice is hereby given that, subject to approval by the court, __San Francisco Bay Area Rapid Transit__ substitutes
(Party (s) Name)

__Robert J. Bugatto_____, State Bar No. __209418__ as counsel of record in
(Name of New Attorney)

place of __Mark F. Hazelwood and Kimberly Y. Chin (Allen, Glaessner, Hazelwood & Werth, LLP)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Cholakian & Associates |
| Address: | 400 Oyster Point Boulevard, Suite 415, South San Francisco, CA 94080 |
| Telephone: | (650) 871-9544    Facsimile (925) 871-9552 |
| E-Mail (Optional): | kcholakian@cholakian.net; rbugatto@cholakian.net |

I consent to the above substitution.
Date: 7/24/15
(Signature of Party (s))

I consent to being substituted.
Date: 7/10/15
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/13/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 4, 2015
Judge

GRANTED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]